**ORIGINAL**

1. CHRISTOPHER WHITE    323 812-0521
2. 1632 WEST 113 TH STREET
3. Los Angeles, California    90047
4. LEGAL1632@YAHOO.COM

FILED
CLERK, U.S. DISTRICT COURT
JAN 5 2022
CENTRAL DISTRICT OF CALIFORNIA
BY KMN    DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTICT OF CALIFORNIA**

CHRISTOPHER WHITE,

    Plaintiff,

vs.

LOS ANGELES COUNTY, ET AL

    Defendant

Case No.: Number

2:22-CV-00109-JAK-MAA

VIOLATION OF PLAINTIFF FIRST AMENDMENT RIGHTS TO FREE SPEECH, VIOLATION OF THE PLAINTIFF'S 14 AMENDMENT RIGHTS UNDER U. S. FEDERAL CONSTUTION, VIOLATION OF PLAINTIFF'S CONSTITUTION UNDER 42 U.S.C. 1983, VIOLATION OF PLAINTIFF'S RIGHTS UNDER THE AMERICANS WITH DISABLITIES ACT. 1994.VIOLATION OF FEDERAL CONST., RIGHTS UNDER 42 U.S.C. SECT. 1983

**JURISDICTION**

THS COURT HAS JURISDICTION PURSUANT TO 28 U.S.C. SECTION 1331 AND 1343

**VENUE**

PURSUANT TO 28 U.S.C. SECTION 1391 THIS IS THE PROPER VENUE IN THAT THE PLAINTIFF AND THE DEFENDANTS IN THIS CAUSE OF ACTION ARISES IN THE CENTURAL DISTRICT OF CALIFORNIA, WESTERN DIVISON.

**JURY TRIAL DEMANDED**

1

PARITES

PLAINTIFF CHRISTOPHER WHITE  1632 W.113${}^{TH}$ ST  LOS ANGELES, CALIFORNIA  90047

DEFENDANTS  COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARMENT, DEPUTY ROBERT WATTS, DEPUTY KRISTIAN KOZELCHIK, HILDI SLATTERY,  DOES1-7 500 WEST TEMPLE LOS ANGELES, CALIFORNIA 90012

# PARITES

PLAINTIFF CHRISTOPHER WHITE  1632 W.113TH ST LOS ANGELES, CALIFORNIA  90047

DEFENDANTS  COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARMENT, DEPUTY ROBERT WATTS, DEPUTY KRISTIAN KOZELCHIK, HILDI SLATTERY,  DOES1-7 500 WEST TEMPLE LOS ANGELES, CALIFORNIA 90012

1  ON OR ABOUT AUGUST 1, 2016 DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
2  CLERKS. AND SHERIFF DEPUTY'S AND DOES 1-10 DID VIOLATE THE PLAINTIFF CHRISTOPHER
3  WHITE FEDERAL AND STATE CONSTIUTIONAL RIGHTS TO ACCESS THE COURT. ON THE
4  DAY IN QUESTION THE PLAINTIFF ARRIVED IN THE SHERIFF OFFICE ON THE FITH FLOOR OF THE
5  STANLEY MOSK COURT HOUSE LOCATED AT 110 NORTH HILL STREET LOS ANGELES CALIFORNIA
6  90012. THE PLAINTIFF THEN PROVIDED DOCUMENTS FOR PROCESS SERVING TO (JOHN DOE) # 1
7  HEREAFTER , (DOE 1). DOE 1 THEN PROCEED TO EXAMIN THE PLAINTIFF"S DOCUMENTS FOR
11 ABOUT FIVE MINUTES, AND PROCCEDED TO WALK AWAY MUMBLING TO HIMSELF. HE THEN
12 RETURNED TO THE PLAINTIFF WITH (JANE DOE SUPERVISOR) HEREAFTER (JANE DOE#1), WHO
13 THEN TOLD THE PLAINTIFF" THAT HE WOULD HAVE TO RETURN TO THE FIRST FLOOR SMALL
14 CLAIMS COURT TO AMEND HIS COMPLAINT OR IT WOULD NOT BE ACCPTED FOR SERVICE.. THE
15 PLAINTIFF THEN QUESTIONED (JANE DOE #1 ) " ON WHAT AUTHORITY WAS SHE REQUIRING HIM
16 TO AMEND HIS COMPLAINT SEEING THAT THE GOVERNMENT CODE PROHIBITED CLERKS FROM
17 GIVING LEGAL ADVICE". (JANE DOE #1) THEN WALKED AWAY WITH ALL OF THE PLAINTIFF'S
18 DOCUMENTS. AFTER WAITING FIVE MINUTES FOR (JANE DOES ) RETURN, THE PLAINTIFF WAS
19 THEN CONFRONTED WITH DOES 1-8 IDENTIFIED AS LOS COUNTY SHERIFF DEPUTYS, WHO THEN
20 DEMANDED THAT" THE PLAINTIFF STEP AWAY FROM THE CLERKS WINDOW AND SHOW HIS
21 HANDS." THE PLAINTIFF THEN ASK " WHAT WAS GOING ON "? AND WAS TOLD BY THE LEAD
22 DEPUTY SENIOR KOZELCHIK, THEN TOLD THE PLAINTIFF " TO SHUT UP AND BE QUITE". THE
23 PLAINTIFF TRIED TO EXPLAIN THAT HE WAS A DISABLED PERSON WITHIN THE MEANING OF THE
24 AMERICANS WITH DISABILITY ACT AND HAD DOCUMENTS TO PROVE IT IN HIS BACK PACK".
25 HOWEVER THE PAINTIFF WAS TOLD " YOU ARE DONE" AND THE PLAINTIFF WAS TOLD TO GET
26 HIS BACKPACK AND HEAD FOR THE ELEVATOR WHILE BEING ESCORTED BY EIGHT DEPUTYS.
27 SHERIFF'S, WHO CONTINUED TO INTIMADATE THE PLAINTIFF WHILE WALKING HIM TO THE
28 COURT HOUSE ELEVATOR.AND CAUSING THE PLAINTIFF TO BE FEARFUL FOR HIS SAFETY.

[PLEADING TITLE] - 1

THE DEFENDANTS CAUSED THE PLAINTIFF INJURY AND HARM BY THREATENING THE PLAINTIFF NOT TO MAKE PHYSICAL CONTACT WITH THE DEPUTY'S IN THE ELEVATOR, OR THE PACKED ELEVATOR THAT STILL HAD TWO. MEMBERS OF THE PUBLIC INSIDE. CAUSING THE PLAINTIFF TO FEAR FOR HIS PERSONAL SAFETY. THE DEFENDANTS VIOLATED THE PLAITFF"S FEDERAL CONSTITUTIONIAL RIGHTS UNDER THE 1st AND 14th AMENDMENTS TO THE UNITED STATES CONSTITUTION AND THE SAME PROTECTED RIGHTS UNDER THE CALIFORNIA STATE CONSTITION AND CAUSING THE PLAINTIFF INJURY UNDER THOSE PROTECTED RIGHTS AS WELL AS HIS RIGHT UNDER THE AMERICANS WITH DISABILITY ACT. HEREHAFTER THE (ADA OF 1994).

PLAINTIFF"S SECOUND CAUSE OF ACTION.

DEFENDANT,S LOS ANGELES COUNTY AND LOS ANGELES COUNTY SHERIFF"S DEPARTMENT FAILED TO PROPERLY TRAIN DOES 1-8 ON HOW NOT TO NOT VIOLATE THE STATE AND FEDERAL CONSTITUTIONAL RIGHTS OF THOSE THAT THEY MAY COME IN CONTACT WITH WHILE, THE ARE PREFORMING THEIR OFFICIAL DUTIES. THE PLAINTIFF'S FERDERAL AND STATE CONSTITUTIONA RIGHTS WERE VIOLATED BY THE COUNTY OF LOS ANGELES AND THE LOS ANGELS COUNTY SHERIFF"S DEPARTMENT AS THE DEFENDANTS DOES 1-8 ARE AGENTS AND EMPLOYEES OF THE DEFENDANTS LOS ANGELES COUNTY AND THE LOS ANGELES COUNTY SHERIFF's DEPARTMENT AND AT ALL TIMES THE DEFENDATS WERE ACTING UNDER THE COLOR OF LAW AND DIRECTION OF DEFENDANATS COUNTY OF LOS ANGELES.

PLAINTIFF"S THIRD CAUSE OF ACTION.

THE DEFENDANTS CAUSED THE PLAINTIFF INJURY BY INFLECTING INTENTIONAL EMOTIONAL DISTRESS, ON THE PLAINTIFF AND DENYING THE PLAINTIFF IS FEDERAL AND STATE RIGHTS TO FREE ACCESS TO THE COURTS UNDER THE 1st 14th AMEDMENTS TO THE UNITED STATES FEDERAL CONSTITUTION AND THE SAME RIGHTS UNDER THE CALIFORNIA STATE CONSTITUTION, WHILE DENYING

[PLEADING TITLE] - 2

1. THE PLAINTIFF HIS CONSTITUTIONAL RIGHTS UNDER THE COLOR OF LAW, AND WHILE ACTING AS PEACE
2. OFFICERS DULY SWAREN, WHO DID SHOW BIAS AND PREJUDICE BASED ON THE PLAITIFF' RACE, WHICH
3. IS AFRICAN- AMERICAN. AND BY DENINYING THE PLAITIFF ACCESS TO THE VERY COURTS THAT HE HAS A
4. CONSTITUTIONAL RIGHT TO HAVE ACCESS TO. SEE EXHIBIT( A)&(B) ATTACHED

[PLEADING TITLE] - 3

Exhibit
(A)



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL

648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

MARY C. WICKHAM
County Counsel

October 13, 2016

TELEPHONE
(213) 974-1913
FACSIMILE
(213) 687-8822
TDD
(213) 633-0901

Christopher E. White
1632 West 113th Street
Los Angeles, California 90047

Re:  Claim Presented:       August 29, 2016
     File Number:            16-1131885*001

Dear Claimant:

Notice is hereby given that the claim that you presented to the County of Los Angeles, Board of Supervisors on **August 29, 2016**, was rejected by operation of law on **October 13, 2016**. No further action will be taken on this matter.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

This time limitation applies only to causes of action for which Government Code Sections 900 - 915.4 require you to present a claim. Other causes of action, including those arising under federal law, may have different time limitations.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

MARY C. WICKHAM
County Counsel

By _____
JENNY P. TAM
Deputy County Counsel
General Litigation Division

JPT:ce

HOA.101256436.1




# OFFICE OF THE SHERIFF
## COUNTY OF LOS ANGELES
### HALL OF JUSTICE

JIM MCDONNELL, SHERIFF

August 10, 2016

Mr. Christopher E. White
1632 West 113th Street
Los Angeles, California 90047

Dear Mr. White:

**WATCH COMMANDER'S SERVICE COMMENT REPORT #230393**

Your complaint has been received and is being investigated by Lieutenant Steven W. Dodson of Metropolitan Courthouse. Your complaint will be immediately and thoroughly reviewed, and the results of the review will be conveyed to you upon its completion.

My goal is to ensure your complaint is fully investigated in a timely manner. Please feel free to contact Lieutenant Dodson any time at 213-744-4101 regarding the status of your complaint.

Sincerely,

McDONNELL, SHERIFF

~se, Captain
Bureau

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## WATCH COMMANDER'S SERVICE COMMENT REPORT

280393

| Receiving Bur/Stn/Fac: | Report Date: | Time: | SC #: |
|---|---|---|---|
| Investigating Bur/Stn/Fac: | URN #: | | IAB #: |

### Received By
- ☐ Mail
- ☐ In Person
- ☐ Telephone
- ☐ 800 Line
- ☐ E-Mail/Fax
- ☐ Website

### Commendation
- ☐ Application to Duties
- ☐ Commendable Restraint
- ☐ Exemplary Conduct
- ☐ Tactical Excellence

### Personnel Complaint
- ☐ Criminal Conduct (All copies to Unit Cmdr)
- ☐ Discourtesy
- ☐ Dishonesty
- ☐ Unreasonable Force
- ☐ Improper Tactics
- ☐ Improper Detention, Search, or Arrest
- ☐ Neglect of Duty
- ☐ Operation of Vehicles
- ☐ Off Duty Conduct
- ☐ Harassment
- ☐ Discrimination
- ☐ Other

### Service Complaint
- ☐ Policy/Procedures
- ☐ Response Time
- ☐ Traffic Citation
- ☐ Other

## Reporting Party Information

Recording of Contact with Reporting Party Submitted   Yes ☐  No ☐

| Last Name: | First Name: | MI: | Sex: | Age: | Race: |
|---|---|---|---|---|---|
| Residence: | City: | | State: | Zip: | |
| Home Phone: | Work Phone: | Cell Phone: | | | |
| Home E-Mail Address: | Work E-Mail Address: | | | | |

Third Party: Yes ☐  No ☐   Present at Incident: Yes ☐  No ☐

Has any member of this Department attempted to discourage you in any way from bringing this matter to the attention of the Department?   Yes ☐  No ☐
If Yes, Who?

## Involved Party Information (If not Reporting Party)

| Last Name: | First Name: | MI: | Sex: | Age: | Race: |
|---|---|---|---|---|---|
| Residence: | City: | | State: | Zip: | |
| Home Phone: | Work Phone: | Cell Phone: | | | |
| Home E-Mail Address: | Work E-Mail Address: | | | | |

## Contact/Event Information

| Date: | Time: | City or Station Area: | RD: |
|---|---|---|---|

Location/Address:

Synopsis of Contact/Event:

☐ See Attached

Was a Supervisor Present? Yes ☐  No ☐   Last Name:   First Name:   MI:   Rank:

## Witness Information

| Last Name: | First Name: | MI: | Race: | Sex: | Home Phone: | Work Phone: |
|---|---|---|---|---|---|---|
| Residence: | City: | | State: | Zip: | Cell Phone: | |
| Home E-Mail Address: | Work E-Mail Address: | | | | | |

## Involved Employee Information

| Last Name: | First Name: | MI: | Work Phone: | Height: | Weight: |
|---|---|---|---|---|---|
| Last Name: | First Name: | MI: | Work Phone: | Height: | Weight: |

## Employee Witness Information

| Last Name: | First Name: | MI: | Last Name: | First Name: | MI: |
|---|---|---|---|---|---|

## Watch Commander (Person Completing Report)

| Print Full Name: | Employee #: | Signature: |
|---|---|---|

### Distribution
White - LTD Hdqtrs       Canary - Unit Commander       Pink - Division Hdqtrs       Green - Reporting Party

# Exhibit (B)

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
## COURT SERVICES DIVISION

Case #:16M05015

## MEMO TO ATTORNEY OR LITIGANT

Your process/document(s) are being returned to you for the reason(s) check below:

- ○ Written Instructions are:
  - ○ Required for service
  - ○ Incomplete
  - ○ Inadequate (CCP § 488.030)
  - ○ Not signed
  - ○ Not legible
  - ○ Signed by someone other than the Attorney of record or litigant
- ○ Fees:
  - ○ Deposit for fees are required in advance $40.00
  - ○ Insufficient amount, fees or deposit required $_
  - ○ Remit fees by Money Order, Cashier's Check or Personal Check payable to the Sheriff's Department, Los Angeles County NOTE: DO NOT SEND CASH THROUGH THE U.S. MAIL
  - ○ A $_____ Notary Fee is required
  - ○ Witness Fees are required, **made payable to the witness**, amount $_____
  - ○ Check is not signed or amounts differ or check is stale dated

- ○ Writ or Document is:
  - ○ Incomplete (#'s_____)
  - ○ Irregular on its face
  - ○ Not legible
  - ○ Directed to wrong County
  - ○ Writ has changes which are not initialed by the issuing clerk of the court
  - ○ Insufficient number of copies received, need _____ additional copies of the indicated document(s)
  - ○ Additional documents needed for proper service, see below or refer to the attached samples
  - ○ Per our telephone conversation
  - ○ Other:

**EXPLANATION: PLEASE REMIT FEES FOR SERVICE AND RETURN PROCESS TO OUR OFFICE. REGULAR SERVICE FEE IS $40.00, OR PROVIDE COPY OF FEE WAIVER.**

## <u>PLEASE ENCLOSE THIS MEMO WHEN RESUBMITTING YOUR PROCESS FOR SERVICE</u>

## MEMO TO GARNISHEE OR EMPLOYER

The attached document(s)\check number _____ In the amount of $_____ is being returned for the reason check below:
- ○ We have received a total release from the plaintiff or a court order releasing the funds as of
- ○ Unable to locate case number given, please provide a copy of the levy\order.
- ○ Defendant has filed Bankruptcy: No. _____ Chapter No ___ Date filed _____.
- ○ We have received judgment and costs on this case.
- ○ Make checks payable to the <u>Sheriff's Department, Los Angeles County</u>
- ○ Other:

JIM MCDONELL, SHERIFF

Return to Address below:

SHERIFF'S DEPARTMENT
110 N. GRAND AVE #525
LOS ANGELES, CA 90012
(213) 972-3930

By: _____

Date: _____

# SHERIFF'S DEPARTMENT
## SERVICE INSTRUCTIONS - SINGLES

> **◯Instructions to attorney or litigant:** Complete the necessary service instructions by checking the appropriate box for the type of process you wish to have served. Please provide the complete name, address (including apt or ste number). Select the appropriate box below.

Please served the following:    **CASE NUMBER:** 16M05015

- ☑ Claim of Plaintiff and Order - $40.00
- ☐ Claim of Defendant and Order - $40.00
- ☐ Order for Appearance of Judgment Debtor - $40.00
- ☐ Summons and Complaint - $40.00
- ☐ Subpoena - $40.00
- ☑ Other: _____
- ☑ Subpoena Duces Tecum (Civil) - $40.00
- ☐ Subpoena Re: Disposition - $40.00
- ☐ Subpoena (Criminal) – Free
- ☐ Civil Bench Warrant - $50.00

**Person or organization to be served:** (Please print all information)

Name: L.A. Community College Dist.
Street: 770 Wilshire Blvd       Apt/Ste:
City: L.A.       Zip: 90017       Phone No.
Address given is:   ☐ Residential   ☑ Business

☑ Substitute service is authorized pursuant to 415.20 CCP (additional copy of process is required for mailing)

Description of person to be served   ☐ Male   ☐ Female   Height:   Weight:   Race:   Age:

Special instructions (best time for service, any additional information which would assist or be unique for service). Keith Jeteh Legal Dept.

**Officer safety information:**   ☐ Guns on premises   ☐ Violent Situations   ☐ Threats to children/spouse
landlord/tenants   ☐ Prior law enforcement activity   ☐ Vicious animals   ☐ Other

**NOTICE: ALL COMMUNICATIONS AND/OR REFUNDS WILL BE MADE TO THE NAME AND ADDRESS BELOW:**

Name: Christopher White       Phone No.: 323-812-0521
Street: 1632 W 113th St       Apt/Ste:
City: LA.       State: CA       Zip Code: 90047
Signature of Attorney or Litigant: Christopher White       Date: 8-12-16

PLEASE DO NOT PHONE OUR OFFICE FOR THE STATUS ON YOUR CASE. WE WILL NOTIFY YOU BY MAIL ON THE OUTCOME OF THE SERVICE, OR YOU MAY OBTAIN INFORMATION FROM OUR WEBSITE: WWW.CIVIL.LASD.ORG

**SERVICE INSTRUCTION - SINGLES**

