UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **2:22-cv-00109-JAK (MAA)** | Date: **July 18, 2022** |
| Title | **Christopher White v. Los Angeles County et al.** | |

| | |
|---|---|
| Present: | The Honorable MARIA A. AUDERO, United States Magistrate Judge |

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On May 31, 2022, the Court issued a Memorandum Decision and Order Dismissing First Amended Complaint with Leave to Amend ("Order"). (Order, ECF No. 13.) The Court ordered Plaintiff Christopher White ("Plaintiff") to, no later than **June 30, 2022**, either: (1) file a Second Amended Complaint, (2) advise the Court that he wished to proceed with the First Amended Complaint, or (3) voluntarily dismiss the action. (*Id*. at 11–13.) The Court cautioned Plaintiff that "**failure to respond to this Order may result in a recommendation that this lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1**." (*Id*. at 13.)

To date, Plaintiff has filed not filed a Second Amended Complaint or otherwise responded to the Order. Plaintiff is **ORDERED TO SHOW CAUSE** by **August 17, 2022** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a Second Amended Complaint, or notice that he wishes to proceed with the First Amended Complaint, or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment: Notice of Dismissal