JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WHITE, | Case No. 2:22-cv-00109-JAK (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES COUNTY et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  August 25, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE